UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS INC., : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:14-1419 |
| : | |
| v. : | |
| : | (JUDGE MANNION) |
| VALLEY OPEN MRI and , DIAGNOSTIC CENTER, INC., et al., : | |
| Defendants : | |

# O R D E R

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Toshiba's motion for summary judgment, (Doc. 25), is **GRANTED** with respect to the breach of contract claims, Counts I and II of the amended complaint, (Doc. 6).

2. Toshiba's motion for summary judgment is **DENIED AS MOOT** with respect to the replevin claim, Count III.

3. Defendants' request for oral argument, (Doc. 34), is **DENIED**, as unnecessary.

4. Judgment is entered in favor of Toshiba and against all defendants in the amount of $1,289,413.72.

5. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 20, 2015**